# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

AIG SUNAMERICA LIFE
ASSURANCE
COMPANY,

    Plaintiff,

v.

DEBRA BAIRD,
ADMINISTRATOR OF THE ESTATE
OF CARROLL A. BRAMBLE,
DECEASED, et al.,

                                       Case No. 07-CV-254-DRH

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

After consideration of the Motion for Partial Summary Judgment (Doc. 18) filed by plaintiff AIG Sunamerica Life Assurance Company ("AIG") in the above-captioned action, the Court hereby **GRANTS** partial summary judgment in AIG's favor, finding that:

1.    This is an interpleader action brought pursuant to Rule 22 of the Federal Rules of Civil Procedure.

2.    Defendants in this action have or may have claims to the death benefits

from the variable annuity contract opened for Carroll A. Bramble (***"Decedent"***) with Plaintiff on April 14, 2000 (the ***"Contract Benefits"***).

3. Plaintiff has a legitimate fear of multiple claims directed against a single fund.

4. Plaintiff is and has been ready and willing to pay that sum of money to that person who is lawfully entitled to receive it.

5. Plaintiff is unable to determine to which of the Defendants the fund belongs.

6. Plaintiff is indifferent among the Defendants, has no interest in the Contract Benefits, and is ready and willing to pay it to whomever the Court directs, or to otherwise comply with the terms of the Contract, upon being discharged from further liability to all Defendants.

7. Plaintiff does not in any way collude with any of the Defendants touching the matters in question, has no independent liability to any of the Defendants, and has not asked and does not ask for relief at the request of any Defendant, but rather solely of its own free will.

8. Plaintiff is entitled to an order granting the interpleader and restraining Defendants from prosecuting any suit or proceedings against Plaintiff involving the Contract Benefits at issue in this case (other than pursuit of their claims to the Contract Benefits in this case).

**NOW, THEREFORE, IT IS ORDERED**:

1. Defendants, Debra Baird, Administrator of the Estate of Carol A. Bramble, Deceased, and Dawn Bramble, are directed to interplead and litigate their claims to the above-described Contract Benefits between themselves, and to file their respective claims to the Contract Benefits within thirty (30) days of the date of this order; and

2. Defendants, and each of them, their heirs, successors, and assigns, and those claiming by, through, or under them, their agents and attorneys, be, and they are, temporarily enjoined and restrained until further order of this Court from prosecuting any and all proceedings or actions against Plaintiff affecting the subject matter of this action, including the Contract Benefits interpleaded in this action, in any state or federal court (other than their claims to the Contract Benefits to be interplead in this Court).

**IT IS SO ORDERED**.

Signed this 17th day of September, 2008.

/s/     David R Herndon

**Chief Judge**
**United States District Court**