IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AIG SUNAMERICA LIFE ASSURANCE COMPANY,

    Plaintiff,

v.

DEBRA BAIRD, et al.,

    Defendants.                                 Case No. 07-cv-254-DRH

**ORDER**

**HERNDON, Chief Judge:**

    Before the Court are two Motions for Oral Arguments, filed separately by Plaintiff and defendant Debra Baird (Docs. 40 & 41, respectively). Each seeks oral argument on both Plaintiff's Motion for Partial Summary Judgment (Doc. 18) and Baird's Motion for Summary Judgment (Doc. 24). In its discretion, the Court finds no need for oral argument in this case, as the facts and legal arguments have been briefed by the Parties in a sufficient manner to allow the Court to determine the issues and rule on the Motions. Therefore, said Motions for Oral Argument (Docs. 40 & 41) are **DENIED**.

    Also before the Court is defendant Dawn Bramble's Motion to Strike or Alternatively for Time to Respond to Estate's (Baird's) Motion for Summary Judgment (Doc. 36). Defendant Bramble seeks to strike Baird's Motion for Summary Judgment (Doc. 24), as untimely filed. Although Plaintiff is correct in that this was filed after the dispositive motion deadline had expired, the Court declines

to strike it. Thus, the Motion to Strike (Doc. 36) is **DENIED**. However, the Court grants defendant Bramble's alternative request for relief. Accordingly, defendant Bramble is hereby given an extension of time until **Monday, September 29, 2008** to file her Response to defendant Baird's Motion for Summary Judgment (Doc. 24).

**IT IS SO ORDERED**.

Signed this 17th day of September, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**